DANIEL J. BRODERICK, #89424
Federal Defender
BEN GALLOWAY, Bar #14897
Staff Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MILTON SIMMONS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. 08-0089-EFB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| MILTON SIMMONS | ) | Date: April 14 2008 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edmund F. Brennan |

The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, MILTON SIMMONS, by and through his counsel BEN GALLOWAY, Staff Attorney of the Federal Defenders Office, stipulate that the court trial set for May 20, 2008 at 10:00 a.m. be vacated and a change of plea hearing be set for April 14, 2008 at 10:00 a.m.

Dated: April 1, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Ben Galloway

_____
BENJAMIN GALLOWAY
Staff Attorney
Attorney for Defendant
MILTON SIMMONS

/ / /

1  Dated: April 1, 2008                MCGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Matthew Stegman
                                       _____
                                       MATTHEW STEGMAN
                                       Assistant U.S. Attorney

O R D E R

The court trial is vacated and a change of plea hearing is set for April 14, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  April 2, 2008.
                                       _____
                                       EDMUND F. BRENNAN
                                       United States Magistrate Judge